# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIRCO TRUST UDT 02-11-97, JAMES G. CAMPI, Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY BOLTZ, individually and as Trustee of CHIRCO TRUST UDT 4/19/99; REGINALD BOLTZ, an individual,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO. 02cv0450-LAB (JMA)<br><br>**POST-APPEAL SCHEDULING ORDER PROVISIONALLY GRANTING *EX PARTE* APPLICATION**<br><br>[Dkt No. 293] |

By Order entered May 31, 2005, this court, among other things, stayed in part execution of the Amended Judgment (Dkt No. 268) entered in plaintiffs' favor after a court trial. Dkt No. 282. In particular, as pertinent here, although the Amended Judgment awarded plaintiffs regained title to the real property at 635 Fifth Avenue, San Diego, California, the Order enjoined the Trustee plaintiff from selling the property during the pendency of defendant's appeal.

The Ninth Circuit judgment affirming this court's judgment was entered March 29, 2007. Dkt No. 292. Plaintiffs now apply *ex parte* for an Order to vacate the restriction against sale of the property occasioned by the injunction pending appeal, as no further condition to full implementation of the Amended Judgment with respect to restoring clear title to the property remains to be satisfied.

1  Plaintiffs' counsel represents defense counsel anticipates filing no objection to the granting of this
2  Application.  Gillaspey Decl. ¶ 4.
3          For the foregoing reasons, **IT IS HEREBY ORDERED** Plaintiffs' *Ex Parte* Application is
4  provisionally **GRANTED**, if no Objections to the relief sought in the Application are served and filed
5  on or before *April 13, 2007*.  Thereafter, Plaintiffs may e-mail to the chambers of the undersigned
6  district judge a [Proposed] Order restoring to the Trust clear and full title to the property as provided
7  in the Amended Judgment, including the unrestricted right to sell the property, in sufficient form to
8  be recognized by the San Diego County Recorder's Office and to remove the encumbrance on sale
9  occasioned by the May 31, 2005 Order.
10         **IT IS SO ORDERED**.
11 DATED:  April 5, 2007

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge